THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lamario
 Pendergrass, Appellant.
 
 
 

Appeal From York County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2008-UP-301
 Submitted June 2, 2008  Filed June 11,
2008    

DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM: Lamario
 Pendergrass appeals his guilty plea to failure
 to stop for a blue light, possession with intent to distribute crack cocaine,
 possession with intent to distribute crack cocaine within the proximity of a
 park, simple possession of marijuana, and resisting arrest.  He argues the
 brevity of his waiver of rights colloquy rendered it inadequate to satisfy the
 requirements of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Pendergrass
 appeal and grant counsels motion to be relieved.[1]
DISMISSED. 
HEARN,
C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.